DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YAAKOV VANN,**
Appellant,

v.

**ICE LEGAL, P.A.,** and **THOMAS E. ICE,**
Appellees.

No. 4D16-2348

[November 16, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County;  Cheryl A. Caracuzzo, Judge; L.T. Case No. 50-2015-CA-000195-XXXX-MB AN.

Yaakov Vann, Boca Raton, pro se.

Thomas Erskine Ice of Ice Appellate, Lake Worth, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***